```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 05934
  VANESSA WILSON
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-0796

-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/23/06 and confirmed on 07/14/06.

     2.  The case was dismissed after confirmation, 08/10/2007.

     3.  The Debtor paid a total of $   6350.00 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
AMERICREDIT FINANCIAL      SECURED         6014.85          366.26         4145.13
HILCO RECEIVABLES LLC      UNSECURED       3194.83             .00             .00
CENTRAL DUPAGE HOSPITAL    UNSECURED      NOT FILED            .00             .00
RMI/MCSI                   UNSECURED        100.00             .00             .00
FCNB                       UNSECURED      NOT FILED            .00             .00
HSBC TAXPAYER FINANCIAL    UNSECURED       3253.79             .00             .00
NICOR GAS                  UNSECURED      NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED        765.04             .00             .00
PROVIDIAN NATIONAL BANK    UNSECURED      NOT FILED            .00             .00
CARD PROCESSING CENTER     UNSECURED      NOT FILED            .00             .00
UNIQUE NATIONAL COLLECTI   UNSECURED      NOT FILED            .00             .00
UNIV CHGO HOSPITAL         UNSECURED      NOT FILED            .00             .00
UNIVERSITY OF CHICAGO      UNSECURED        959.24             .00             .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER           TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6014.85        .00      8272.90          .00         14287.75
PRINCIPAL PAID      4145.13        .00          .00          .00          4145.13
INTEREST PAID        366.26        .00          .00          .00           366.26
TOTAL PAID          4511.39        .00          .00          .00          4511.39
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00
and was paid $    1000.00  direct and $    1609.38  through the plan.

The Trustee received $     229.23 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/15/07                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```